No. 85–6496. BENEDUM *v.* PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 85–6497. GATES *v.* JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6500. PRIVETT *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 85–6502. SUTTON *v.* MORRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 85–6507. KELLER *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–6541. SPANN *v.* CLARK. Ct. App. Ga. Certiorari denied.

No. 85–6585. FLEMING *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85–6597. LLOYD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6598. BARKER ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–6601. CARR *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 85–6609. SPEAR *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–6615. GUZMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–465. MOUNTAIN PLAINS CONGRESS OF SENIOR ORGANIZATIONS ET AL. *v.* MALCHMAN ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. JUSTICE STEVENS took no part in the consideration or decision of this petition.